# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1030
_____

CHAROLETTE L. ALEXANDER,

Appellant,

v.

NORTH FLORIDA CONSTRUCTION
BUILDERS, LLC, a Florida
Limited Liability Company; and
FLORIDA BUILDS, INC., a Florida
Profit Corporation,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


August 10, 2026

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Charolette L. Alexander, pro se, Appellant.

Frank S. Shaw IV of Smith, Thompson, Shaw, Colon & Power, Tallahassee, for Appellee North Florida Construction Builders, LLC, a Florida Limited Liability Company.